IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEN EASTERLING, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-1916-K-BH |
| | § | |
| U.S. BANK NATIONAL ASSOCIATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and the Notice of Motion and *Ex-Parte* Emergency Motion to Stay any Further Proceedings or Proceedings Pending Removal of Disabilities of Minority and Restoration of All Rights, which the Court treats as a Motion and Objection, filed on April 14, 2024 (doc. 21), in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Plaintiff's Notice of Motion and *Ex-Parte* Emergency Motion to Stay any Further Proceedings or Proceedings Pending Removal of Disabilities of Minority and Restoration of All Rights (doc. 21) treated as a Motion is **DENIED** and the Objections are **OVERRULED**.

*Defendant U.S. Bank National Association's Motion to Dismiss*, filed September 7, 2022 (doc. 6), is **GRANTED**, and *Plaintiff's Amended Reply to Defendant's Response to*

*Plaintiff's Documents 9 and 10, Amended Jurisdiction Challenge, and Request for Summary Judgment, Quiet Title and Damages*, filed November 1, 2022 (doc. 16), is **DENIED as moot**.

By separate judgment, the plaintiff's claims against the defendant will be **DISMISSED with prejudice**.

SO ORDERED.

Signed April 18th, 2023.

*[signature: Ed Kinkeade]*

**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**